Church Extension Committee of the Presbytery of New York, Respondent, v. The City of New York, Appellant.— Judgments and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

Delia Kelly, as Administratrix, etc., Respondent, v. Baker, Smith & Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.; Ingraham, P. J., and Hotchkiss, J., dissented upon the ground that plaintiff's intestate voluntarily placed himself in the immediate neighborhood of the scaffold, against the protest of defendant's employees, and thereby voluntarily assumed any risk because of the condition of the scaffold or anything falling from it.

Morris F. Pfaelzer, Appellant, v. Bach Fur Company of New York, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Edward Mendel, Appellant.— Judgment and order affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

Ellen G. Tiern, an Infant, by Andrew G. Edlund, Her Guardian ad Litem, Respondent, v. Simon M. Platt, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

In the Matter of the Judicial Settlement of the Account of Agnes K. Mulligan, as Executrix, etc., of John Hartmann, Deceased, Appellant. Mary K. Hartmann, Respondent.— Decree affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

Isabella Knudtsen, Appellant, v. Harmon L. Remmel, etc., Respondent, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

Bruno Richter and Others, Copartners, etc., Respondents, v. August J. Kimmerle and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

M. Martin Dolphin, Respondent, v. Fields S. Pendleton, Individually and as President of the Atlantic Carriers Association, etc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Swift & Company, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.

William Eager, an Infant, by William John Eager, His Guardian ad Litem, Respondent, v. Rose Frensdorf, Impleaded with Jacob Ashkinase, Appellant.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ.